UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. <u>23-1926 & 23-2510</u>**

Kengerski v. Harper

To:    Clerk

1)     Motion by Appellee Jeffrey Kengerski in No. 23-2510 to Dismiss/Quash Case

---

The foregoing motion is referred to a motions panel. Briefing in both cases is stayed pending disposition of the motion to dismiss.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 2, 2023
Sb/cc:    All Counsel of Record